ACCEPTED
03-15-00075-CR
8230859
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/14/2015 4:37:23 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00075-CR

| | | | |
|---|---|---|---|
| **JOHN LYNN KOLSTER** | § | **IN THE** | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | | |
| **VS.** | § | **3ʳᵈ COURT** | 12/14/2015 4:37:23 PM |
| | § | | JEFFREY D. KYLE<br>Clerk |
| **STATE OF TEXAS** | § | **OF APPEALS, Austin, Texas** | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes JOHN LYNN KOLSTER Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's Brief pursuant to Rule 38.6 (d) of the Texas Rules of Appellate Procedure, and for good cause shows

the following:

1.    On December 14, 2015 this counsel filed Appellant's Motion to Extend Time to File Appellant's Brief.

2.    This case is on appeal from the 391ˢᵗ District Court of Tom Green County Texas.

3.    The case below was styled In the State vs. John Lynn Kolster and numbered D-14-0523-SB. Appellant was convicted on November 21, 2014 of Assault, Domestic Violence with prior convictions

1

enhanced to a second degree felony, and sentenced to 7 years in the institutional division of the Texas Department of Criminal Justice

5. A motion for new trial was filed November 20, 2014. Notice of appeal was given on December 18, 2014.

6. The clerk's record was filed on April 29, 2015; the reporter's record was filed on February 17, 2015.

8. Counsel is Appointed in this matter. This Counsel was not trial counsel in this matter, and has recently finished reviewing the record. Counsel believes that an Ander's Brief in this matter may be appropriate, and is re-reviewing the record to confirm there is no error in the trial court's judgement. Counsel believes without additional time the Appellant will be denied effective assistance of counsel.

9. Counsel, therefore, requests this court extend the time for filing said Brief to 35 days from the current due date of November 16, 2015.

10. Two previous Extensions have been granted regarding this matter.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,
Nathan Butler Attorney at law
123 S. Washington
San Angelo, Texas 76901
Tel: (325) 653-2373
Fax: (325) 482-8064


By:**/s/ Nathan Butler**
    Nathan Butler
    State Bar No. 24006935
    Attorney for Appellant


## CERTIFICATE OF SERVICE

This is to certify that on, December 14, 2015, a true and correct copy of the

above and foregoing document was served on the following by united states mail.


MEGAN WHITE
Assistant District Attorney
119TH District Court Tom Green County
124 W. Beauregard
San Angelo, Texas 76903


/s/Nathan Butler
Nathan Butler

STATE OF TEXAS                                        §
                                                     §
COUNTY OF Tom Green                                   §

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared

Nathan Butler, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and

entitled cause. I have read the foregoing Appellant's Motion To

Extend Time to File Appellant's Brief and swear that all of the

allegations of fact contained therein are true and correct."

_____
Nathan Butler
Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on  December 14, 2015, to

certify which witness my hand and seal of office.



MELVA LANITA BUTLER
Notary Public, State of Texas
My Commission Expires
September 17, 2018

_____
Notary Public, State of Texas

4